1 Alan Harris (SBN 146079)
2 Priya Mohan (SBN 228984)
  Min Ji Gal (SBN 311963)
3 HARRIS & RUBLE
  655 North Central Avenue 17th Floor
4 Glendale, California 91203
  Telephone: 323.962.3777
5 Facsimile: 323.962.3004

6 Attorneys for Plaintiff Brian Simmons

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SIMMONS, individually and on behalf of all others similarly situated, | CASE NO. 2:21-cv-07561-JAK-PVC |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| THE COCA-COLA COMPANY, a Delaware limited liability company; and DOES 1 to 100, inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
333 Commerce Street
Suite 1450
Nashville, TN 37201
615.383.3033

1  TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT the Parties, Plaintiff Brian Simmons ("Plaintiff") and Defendant The Coca-Cola Company ("Defendant"), have reached a Settlement in this matter.

On October 26, 2021, the Parties participated in private mediation with mediator Joel Grossman and reached a settlement of the above-entitled case. The Parties have agreed to the terms of a Memorandum of Understanding circulated for execution, and are drafting a long form settlement agreement. The settlement of this case is contingent upon court approval of the class action and PAGA settlement reached in Flores v. The Coca-Cola Company, Los Angeles Superior Court Case 20STCV07230, which was filed on February 25, 2020.

In light of the settlement in principle, the Parties respectfully request that the Court vacate all dates and deadlines currently on calendar, including but not limited to, the date by which Defendant must respond to Plaintiff's Complaint. Upon entry of final approval of the class action settlement in the Flores matter, Plaintiff will request dismissal in this case.

LITTLER MENDELSON, P.C.
333 Commerce Street
Suite 1450
Nashville, TN 37201
615.383.3033

2.
NOTICE OF SETTLEMENT

DATED: November 22, 2021

/s/ Alan Harris
ALAN HARRIS
Attorneys for Plaintiff
BRIAN SIMMONS

DATED: November 22, 2021

/s/ Anthony G. Ly
JENNIFER ROBINSON
SOPHIA BEHNIA
ANTHONY G. LY
Littler Mendelson, P.C.

Attorneys for Defendant
THE COCA-COLA COMPANY

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, Alan Harris, hereby attest that all other signatories listed concur in the content of this document and have authorized its filing.*

/s/ Alan Harris
ALAN HARRIS

LITTLER MENDELSON, P.C.
333 Commerce Street
Suite 1450
Nashville, TN 37201
615.383.3033

3.

NOTICE OF SETTLEMENT