UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COCA-COLA COMPANY, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 2:21-cv-07561-JAK-PVC<br><br>**ORDER RE STIPULATION TO STAY CASE PENDING STATE COURT APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 20)**<br><br>**JS-6** |

Based on a review of the Stipulation to Stay Case Pending Settlement (the "Stipulation" (Dkt 20)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED IN PART** as follows:

This action is stayed, and placed on the Court's Inactive Calendar, pending a decision or other dispositive action as to the motion for approval of the class action settlement in Flores v. The Coca-Cola Company, (LASC No. 20STCV07230) (the "*Flores*" action).

The parties shall file a joint report with respect to the status of the motion for final approval of the settlement in *Flores* on the earlier of every 60 days or within ten days of a decision or other dispositive action by the Superior Court. The first report shall be filed on or before June 13, 2022.

If the motion for final approval of the class action settlement in *Flores* is granted, the parties shall forthwith file a stipulation and proposed order to have this action returned to the active calendar and dismissed with prejudice.

The Order to Show Cause Re Dismissal, which is currently set for April 18, 2022, is taken off calendar. No appearance by counsel is necessary.

**IT IS SO ORDERED**.

DATED: April 12, 2022

John A. Kronstadt
United States District Judge