Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
Min Ji Gal (SBN 311963
HARRIS & RUBLE
655 North Central Avenue 17th Floor
Glendale California 91203
Tel: 323.962.3777
Fax: 323.962.3004
harrisa@harrisandruble.com
pmohan@harrisandruble.com
mgal@harrisandruble.com

Attorneys for Plaintiff
Brian Simmons

*Additional attorneys on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware Limited Liability Company, and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No: 2:21-cv-07561-JAK-PVC<br>*Assigned to the Hon. John A. Kronstadt*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[PROPOSED] ORDER filed concurrently herewith |

1  JENNIFER ROBINSON, CA Bar No. 148333
   LITTLER MENDELSON, P.C.
2  333 Commerce Street, Suite 1450
   Nashville, TN 37201
3  Telephone: (615) 383.3033
   Facsimile: (615) 383.3323
4  Email: jenrobinson@littler.com

5  SOPHIA B. COLLINS, Bar No. 289318
   LITTLER MENDELSON, P.C.
6  333 Bush Street, 34th Floor
   San Francisco, CA 94104
7  Telephone: (415) 433-1940
   Facsimile: (415) 399-8490
8  Email: scollins@littler.com

9  ANTHONY G. LY, Bar No. 228883
   LITTLER MENDELSON, P.C.
10 2049 Century Park East, 5th Floor
   Los Angeles, CA 90067.3107
11 Telephone: (310) 553.0308
   Facsimile: (310) 553.5583
12 Email: aly@littler.com

13 Attorneys for Defendant
   THE COCA-COLA COMPANY

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO DISMISS WITH PREJUDICE**

On April 1, 2023, the Los Angeles Superior Court entered judgment in the matter of *Flores v. The Coca-Cola Company*, Los Angeles Superior Court Case 20STCV07230 ("*Flores*"), based on the court's final approval of the class action settlement. The settlement of the above-entitled action was contingent on the final approval of the class action settlement in *Flores*. The settlement funds in *Flores* have now been disbursed by the claims administrator in accordance with terms of the settlement.

Accordingly, Plaintiff Brian Simmons and Defendant The Coca-Cola Company, acting through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action may be DISMISSED WITH PREJUDICE and each side to bear its own costs and attorneys' fees.

DATED: June 15, 2023            HARRIS & RUBLE

                                By:  */s/ Alan Harris*
                                     Alan Harris
                                     Attorney for Plaintiff

DATED: June 15, 2023            LITTLER MENDELSON, P.C.

                                By:  */s/ Anthony G. Ly*
                                     Anthony G. Ly
                                     Attorney for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: June 15, 2023            By:  */s/ Min Ji Gal*
                                     Min Ji Gal

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am an attorney for the plaintiff(s) herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 655 N. Central Ave., 17th Floor, Glendale CA, 91203. On June 15, 2023, I served the within documents:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

<u>Electronic Service:</u> Based on a court order, I caused the above-entitled document(s) to be served through CM-ECF addressed to all parties appearing on the electronic service list for the above-entitled case and on the interested parties in this case:

JENNIFER ROBINSON, CA Bar No. 148333
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: (615) 383.3033
Facsimile: (615) 383.3323
Email: jenrobinson@littler.com

SOPHIA B. COLLINS, Bar No. 289318
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: scollins@littler.com

ANTHONY G. LY, Bar No. 228883
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553.0308
Facsimile: (310) 553.5583
Email: aly@littler.com

Attorneys for Defendant
THE COCA-COLA COMPANY

I declare under penalty of perjury that the above is true and correct. Executed on June 15, 2023, at Los Angeles, California.

                                              */s/ Min Ji Gal*
                                              Min Ji Gal